IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. )
)
JASON CURTIS ROBERTS, ) CASE NO. CR401-126
)
    Defendant. )
)

## O R D E R

Before this Court is Defendant Jason Curtis Roberts's Motion for Release of Chemical Dependency Counseling (CDC) Records. (Doc. 112.) Defendant asks this Court to release his CDC records so that he may use them for his defense in a current state court proceeding. (Id.) This Motion is unopposed. After careful consideration, Defendant's Motion is **GRANTED**, and the United States Probation Office is **ORDERED TO RELEASE** Defendant Roberts's CDC records to Defendant's attorney, Thomas A. Withers, at 8 East Liberty Street, Savannah, Georgia 31401.

SO ORDERED this 6th day of October, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA